IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER ERIC BANKS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-009
)
LANIER COLLECTION AGENCY & )
SERVICE, INC., )
)
    Defendant. )
)

## O R D E R

Before the Court is Plaintiff's Motion to Administratively Close Civil Action. (Doc. 4.) In his motion, Plaintiff states that the complaint, based on alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, arises out of Defendant's conduct in its debt collection litigation in the state courts of Georgia. (Id. at 1.) Plaintiff represents that the underlying litigation is currently being appealed. (Id.) Plaintiff argues that there is a likelihood that the underlying state court litigation will have some preclusive effect on some of the issues raised in this action. (Id. at 2.) Plaintiff requests that the Court administratively terminate this case until there is a final determination in the underlying state court action. (Id.) There has been no opposition to Plaintiff's motion. Accordingly, after careful consideration, Plaintiff's motion is **GRANTED**. The Clerk of Court is **DIRECTED** to

**ADMINISTRATIVELY CLOSE THIS CASE.** All parties retain the right to request at any time that the Court reopen this case. If this case has not been reopened before May 1, 2020, Plaintiff **SHALL** file a status report on May 1, 2020 regarding the status of the underlying state court action and inform the Court of the expected date of resolution of the state court action.

SO ORDERED this 30th day of April 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA